UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO. et al.,

    Plaintiffs,

v.                                Case No: 8:20-cv-0802-KKM-AAS

THE RIGHT SPINAL CLINIC,
INC. et al.,

    Defendants.
_____

## ORDER

Plaintiff GEICO sues Defendants Right Spinal Clinic, Inc., its doctors, licensed massage therapists, owner, and manager (collectively Right Spinal) alleging fraudulent and unlawful billing in violation of Florida and federal law. Right Spinal moves to exclude fifteen pieces or categories of evidence from trial. Mot. Lim. (Doc. 321). GEICO opposes. Resp. (Doc. 325).

For the reasons explained at the pretrial conference, the following was orally ordered at that conference and memorialized here:

    1.    Right Spinal's motions in limine are resolved as follows:

        a.    Right Spinal's first motion is **DENIED without prejudice.**

1

b. Right Spinal's second motion is **DENIED without prejudice.**

c. Right Spinal's third motion is **DENIED without prejudice.**

d. Right Spinal's fourth motion is **DENIED without prejudice.**

e. Right Spinal's fifth motion is **RESERVED for trial.**

f. Right Spinal's sixth motion is **GRANTED in part.**

   i. GEICO must provide Defendants with a list, with dollar amounts, of each claim at issue in this case by **April 7, 2023.**

   ii. GEICO should also provide this list to the Court by the same date via the chambers email address.

g. Right Spinal's seventh motion is **DENIED.**

h. Right Spinal's eighth motion is **GRANTED** to the extent that this evidence is not relevant at this juncture given that GEICO is not proceeding on its fourth theory of liability.

i. Right Spinal's ninth motion is **GRANTED** to the extent that this evidence is not relevant at this juncture given that GEICO is not proceeding on its fourth theory of liability.

j. Right Spinal's tenth motion is **GRANTED** to the extent that this evidence is not relevant at this juncture given that GEICO is not proceeding on its fourth theory of liability.

k. Right Spinal's eleventh motion is **GRANTED** to the extent that this evidence is not relevant at this juncture given that GEICO is not proceeding on its fourth theory of liability.

l. Right Spinal's twelfth motion is **DENIED without prejudice.**

m. Right Spinal's thirteenth motion is **DENIED without prejudice.**

n. Right Spinal's fifteenth motion is **DENIED.**

2. The parties may submit amended proposed jury instructions on the docket and send electronic copies to the chambers email address by **April 7, 2023.**

3. The parties may each submit an amended proposed verdict form on the docket and send electronic copies to the chambers email address by **April 7, 2023.**

**ORDERED** in Tampa, Florida, on April 3, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge