UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GOVERNMENT EMPLOYEES**
**INSURANCE CO., et al.,**

    **Plaintiffs,**

v.                                                                             Case No.: 8:20-cv-802-KKM-AAS

**THE RIGHT SPINAL CLINIC, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. move the court, under Rule 64 of the Federal Rules of Civil Procedure and Florida Statutes § 77.03, to issue a continuing post-judgment writ of garnishment against the salary or wages of Defendant Yunied Mora-Jimenez in the possession or control of his employer, Body Therapy Wellness & Aesthetics Inc. (Doc. 438).

Under Fed. R. Civ. P. 64, a party is entitled to every remedy available under the law of the state where the court is located to seize a person or property to satisfy a judgment. In Florida, after a judgment has been obtained, plaintiffs may file a motion for the issuance of a writ of garnishment to collect any debt due to the debtor by a third person. *See* Fla. Stat. §§ 77.01, 77.03.

1

Under Fla. Stat. § 77.06(2):

> The garnishee shall report in its answer and retain, subject to the provisions of s. 77.19 and subject to disposition as provided in this chapter, any deposit, account, or tangible or intangible personal property in the possession or control of such garnishee; and the answer shall state the name or names and addresses, if known to the garnishee, of the defendant and any other persons having or appearing to have an ownership interest in the involved property.

GEICO commenced this action on April 7, 2020. (Doc. 1). On January 21, 2022, GEICO moved for summary judgment. (Doc. 278). On July 6, 2022, the court entered an order granting in part Plaintiffs' summary judgment motion. (Doc. 292). On April 27, 2023, based on the court's summary judgment order, the court entered a final judgment against Defendants Right Spinal Clinic, Inc., Yunied Mora-Jimenez, Alexis Garcia-Gamez, and Lianny Jimenez-Urdanivia, jointly and severally, in the amount of $690,251.44. (Doc. 350). The judgment remains outstanding. According to the motion, Body Therapy Wellness & Aesthetics Inc (the Garnishee) employs Yunied Mora-Jimenez.

Accordingly, Plaintiffs' Motion for Writ of Garnishment (Doc. 438) is **GRANTED**. The Clerk of Court shall issue the post-judgment continuing writ of garnishment using the form attached to Plaintiffs' motion. (Doc. 438, Ex. 1). Plaintiffs must include with the writ copies of:

   a. Plaintiffs' Motion for Writ of Garnishment (Doc. 438),

   b. this Order, and

      c. the Judgment (Doc. 350).

**ORDERED** in Tampa, Florida on February 4, 2025.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge