# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO., et al.,

    Plaintiff,

v.                                             Case No. 8: 20-cv-0802-KKM-AAS

THE RIGHT SPINAL CLINIC,
INC. et al.,

    Defendants.

## ORDER

The United States Magistrate Judge recommends the plaintiffs' motion for attorney's fees. (Doc. 472). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. I adopt the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and

specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 472) is **ADOPTED** and made a part of this Order for all purposes.

2. The Second Motion for Attorney Fees (Doc. 424) is **GRANTED**.

3. Consistent with Local Rule 7.01(c), the plaintiffs are directed to submit a supplemental motion regarding the amount of attorney's fees and expenses incurred while litigating in district court. The supplemental motion is due no later than **June 24, 2025**.

**ORDERED** in Tampa, Florida, on June 10, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge